### 2263. POWELL v. THE STATE.

POWELL, J. 1. A ground of a motion for new trial, excepting to the admission of the testimony of a named witness, is fatally defective, if the substance of the testimony is not set forth.

2. On the general grounds, the case is controlled by *Plummer* v. *State*, 1 *Ga. App.* 507 (57 S. E. 969).    *Judgment affirmed.*

Accusation of sale of liquor; from city court of Griffin—Judge Flynt.   October 8, 1909.

Argued December 1,—Decided December 10, 1909.

*Thomas W. Thurman, J. W. Shell,* for plaintiff in error.

*W. H. Beck, solicitor,* contra.